An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE JAMES SMITH, JR.,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66412

**FILED**

OCT 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a proper person petition for a writ of mandamus. Petitioner seeks an order directing the district court to grant or deny a "successive petition" that was purportedly filed on May 13, 2014. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. We are confident that the district court will resolve any pending matters as expeditiously as its calendar permits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-34380

cc: Hon. Michelle Leavitt, District Judge
Willie James Smith, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk